UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MANUEL REYES, | No. 2:16-cv-2822 GGH |
| Petitioner, | |
| v. | ORDER TO SHOW CAUSE |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

On December 13, 2016 this court issued an Order, ECF No. 3, directing Petitioner to submit an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee, and the Clerk of the Court provided petitioner with the form used by this District for that purpose pursuant to the Court's directions. Plaintiff has not complied with that Order.

Petitioner shall have 30 days from the date of this Order to show cause why his Petition should not be dismissed for failure to obey an Order of the Court and or for failure to prosecute.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk shall assign a district judge to this case; and

2. Petitioner shall show cause within thirty (30) days why his failure to obey this court's order should not result in dismissal of this action;

3. Petitioner is shall file his properly completed in forma pauperis application or pay

1

1 | the required filing fee within the same thirty (30) day period;

2 |     4.    Petitioner is cautioned that failure to respond to the instant order, or to file an
3 | opposition to the pending motion to dismiss, will result in a recommendation that this action be
4 | dismissed.

5 | Dated: January 19, 2017

                                        /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE